Trustee of New Zealand, Appellant, for the Appointment of a Committee of the Property of EDWARD CASSIDY, an Alleged Incompetent Person. ALEX GINZBURG, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion to vacate order of January 24, 1927, and for the appointment of Edward H. Lockwood as committee of the property of the incompetent, granted upon his giving proper security. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.; Martin and O'Malley, JJ., dissent. Settle order on notice.

LOUIS A. VARELLA, Respondent, v. FREEMAN ESTATE, INC., and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.; Proskauer, J., dissents.

GREGORY B. STOLBERG and Another, Respondents, v. GRACE AMERICAN INTERNATIONAL CORPORATION and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

FIRST NATIONAL BANK OF BRIDGEPORT, CONNECTICUT, v. VICTOR L. ZORN COMPANY, INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

JOHN GILFEDDER v. DAVID WERDENSCHLAG.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

GRETTA GILFEDDER v. DAVID WERDENSCHLAG.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

GEORGE TRACY ROGERS and Others v. GEORGE J. GOULD and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

WILLIAM B. SYMMES, JR., and Another v. LOUISE ELLIS, Appellant, Impleaded with JAMES A. MORRILL and Others, Respondents.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. APEX LEASING Co., INC.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

VICTOR MELNECHUCK, Individually, etc., and Another v. TIMOTHY CHOMKOWITZ and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

DOROTHY DALLEK v. ALEXANDER DALLEK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

DORA KALFUS v. DAVID BERMAN.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

WILLIAM B. SYMMES, JR., and Another v. LOUISE ELLIS, Appellant, Impleaded with JAMES A. MORRILL and Others, Respondents.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

FOLLETT TIME RECORDING COMPANY v. EDMUND W. PARCHE.— Motion to